(February 6, 1897.)

# COUNTY OF ADA v. FIRST NATIONAL BANK OF IDAHO.

[47 Pac. 1100.]

DEMURRER — EQUITY — COUNTY WARRANTS — CANCELLATION OF.—This case was submitted with the case of *Ada County v. Bullen Bridge Co., et al.,* ante, p. 79, with the understanding that the decision in this case should follow the decision in that. For the reasons stated in the opinion in that case, the judgment of the court below is sustained in this case.

### ON REHEARING.

For names of attorneys and authorities cited see same case, ante, p. 98.

This case was submitted with the case of *Ada County v. Bullen Bridge Co.,* ante, p. 79, 47 Pac. 818, with the understanding that the decision in this case should follow the decision in that. For the reasons stated in the opinion in that case, the judgment of the court below is sustained in this case. Costs in favor of respondent.

Huston and Quarles, JJ., concur.